**FILED**

JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Mar 04, 2024 _____

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

Shonnell Wooten
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Morgan & Morgan
Deanne Hamilton
Travis Newman

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write
"attached" in the space and attach an additional
page with the full list of names.)*

Norton Hospital

**Complaint for a Civil Case**

Case No. 3:24CV-159-DJH

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Shenneil Wooten_
Street Address _134 E. Southland Blvd #2_
City and County _Louisville Kef 40214_
State and Zip Code
Telephone Number _(502) 616-1285_
E-mail Address _WShenneil@yahoo.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _Deana Hamilton_
Job or Title (if known) _Social Worker Louisville Region_
Street Address _908 W. Broadway 9w_
City and County _Louisville Kef 40203_
State and Zip Code
Telephone Number _(502) 595-4052_
E-mail Address (if known) _deanne.hamilton@ky.gov_

Defendant No. 2

Name _Travis Newman_
Job or Title (if known) _Probate Attorney_
Street Address _722 Kentucky Home_
City and County

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _David Defour | Tyler Mastin_

Job or Title _Attorney_
(if known)

Street Address _E main st_

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _Norton Hospital_

Job or Title _____
(if known)

Street Address _louisvile ky_

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**          *Association model*
*Rule 1.8*

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

Whistleblower retaliation 15(a)(3)

344, 372, 18USC, 806

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Shannon Woods, is a citizen of
the State of *(name)* Kentucky.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Morgan & Morgan, is incorporated
under the laws of the State of *(name)* Kentucky,
and has its principal place of business in the State of *(name)*
Morgan & Morgan.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* David Defour, is a citizen of
the State of *(name)* Kentucky. *Or* is a citizen of
*(foreign nation)* _____

4

b.  If the defendant is a corporation

The defendant, *(name)* _Travis Newman_, is incorporated under the laws of the State of *(name)* _Kentucky_, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_500,000_

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_They held case for years making client miss deadlines and seek justice from employer, cause damage to client._

5

The fact attorney sent bogus information to client in NOV. 2022 & March, 30, 2023.

Received a Disc With documents showing that attorney failed to repenstate client to full case. Upen a case in Dec 10, 2019 Hire a Probate attorney deceiving the Client. Bond placed in 2020 fradulently.

Has the client being sued for spending heirs money which my attorney instructed family to file charges. Because the held the CASE until JAN 2021 bogus agreement

Client should had the Right to speak And attorneys never spoken about the the estate. I wasnt aware then attorney not sending documents Im being told to find attorney which it looks like a breach a bond from four years ago.

3B

The attorneys have done more damages to client then before. I'm Sorry this has been hard to do. I have documents from 2017 - 2024. The way things were wrote in file I cant get no assistant. I'm cant even write things out. Its hard to talk about the death of others as well as my grandmother. .

I dont know much as law by I do know that this has been a crazy five years. I struggle daily to get alone then see four years later the things I always reported by when I was attacked again by my coworker as Register Nurse. that was supposed be fired for abuse resident and workers. My hours

3c

Reduced because I was cna. Targeted from a facility that I didnt not work at in. Feb. 2018. I started work July 2019 And same Nurse was worker. I suffered the abuse and witness facility neglect in Dec 2019.

And this has how it has ended. Their client damage

Hired by me 12/2019    morgan$morgan

morgan$morgan hired Travis newman. 1/20

                          Probate#

morgan$morgan 1/21

File Claim.

Shanneil W.  VS  John _____ > christian care #

Shanneil W  VS  ____ ____ /

Shanneil W. Adminstor of Estate  VS  christian care #
L Clayton

30

Settle November, 2022 / March 2023

Probate = Sept. 2023
WARD of STATE death March 31, 2019

I'm sued,

150,000 = Agreement (bogus)

Lawyer fee 90,000
Doctor Bill of Deceased 25,000

Heirs 65,000

Client = ⦸⦸⦸ bond increase and
Protection order $100.00
One Hundred dollars.    2024

It Started As ⦸⦸⦸ injury not granny

David Defour.

001

I'm seeking justice for the neglect
reprensation open a case in Jan 5, 2021
documents show Case Attorney hire open Dec, 2019
As a personal injury. Documents Sent
WAS intentionally mislead the client. I

Have never spoke with David nor have
he obtain any information from me
to open the case under to two name
same case

* Shanneil Wouten VS ~~crossed out~~ Jonh Keiton
Shanneil Wouten VS: _____ _____

Shanneil Wouten admin. of Estate f Lillian Clayton.

To neglect my case And have family sue
And breach of bogus Agreement to accept
100.00 to not speak about the death of my
Granmother. I all know this man WAS
in a plan to damage client withholding
Fours year then have client Sued I Never meet TN
person with him charge these fee and

miss. deadline to seek Justice. The fact (DD2)
he agree for his client to agree pay medical
bills for a deceased ward state held by
Social worker And disc sent by Lawyer  *failed*
Show medical records changed and they felted
to address. Settle agreement *sent* 6 months *later*
stating the check recieved Nov, 2022 and
march 2023 for heirs and client should
split by the settle agreement State
not to talk about for 100.⁰⁰ then seek make
family sue your client was crazy. I
missed the time to seek retaliction and
lost Job because I reported deaths
and abuse fraudent activity in 2019 NOW
as 2024 Im Sued

150,000
  60,600 , Attorney fee
25,000 medical
65,000 Client Sued for the 65,000

The attorney has committed perjury
to Court and Client. Deceiving.

18 USC  1621-1623

1743

Obstruction

Legal malpract.
         344
hrs 455.180   perjury
523.020
516.010
516.020, 030

61.870 to 61.884

Legislative
216B.165

Ky. 147A.116

Probate bond
395.190 (6 months)

Deanna Hamilton 

I have report from 2017-2024 that as Social Worker lied on documents had elderly Lady admitted to dementia with no known history but Dementia. Hospital records sent In 2023-2024 show she lied. If she would have not neglected to do her Job had my grandmother going through pain and suffering, rape, no medical attention. I wouldn't be sued

As of 2024. Documents show she destroyed me and grandmother then lied and you can not repeatly voright false information causing death and scammed out of life saving, my grandmother was

DH2

Jndured so much pain and As a health care worker reporting the abuse I'm witnessing then Social worker write different that was proven. She stole my life as a healthcare worker studing to stop abuse witnessed by state appointed guardians. In No way as healthcare I report It goes un detected. By law and just life the action to destroy my family and to play on the system because She knew my grandmother was estranged from her daughter and tricked her to think I was stealing my grandmother teeth and money. When the state worker is on tape my grandmother explaining but the worker have her drugged up more and me kept away to protect and degrading me. Documents Show she wrote false incorrect documents

Wurton.

(N1)

Forged documents in records received by my attorney. Documents show other people information. I filed claimed about this the ~~good~~ doctors, Social worker violated my ~~○○~~ rights As healthcare worker protecting patients borrowed me away for which the had no right detained by police in 2019 and refused to see my grandmother As I was the contact. Records show I was lied on as well As my grandmother. The wreckless with documents held A Elderly Lady against her will for two days then Labeled As dementia. Because wurtons Action I'm being Sued As Sept 2023 on going.

Febuary 2 2024 find documents on disc with All violation proof of changed records and turt Against me

Trans Newman

WAS hired by morgan morgan in Jan. 10, 2020. Documents show that he forged documents with intent to hard. Place A 5,000 fiducary bond for a deceased ward of state with documents Shop State of Kentucky final pay sept 9, 2019

Open a bank account for Estate for deceased Tax Id Number Dank Account In 2020.

In ~~2008~~ April 2023 had family sued from injury mom had in July. 11 2018 - march 11, 2019. at Nursing home where She WAS tortured to death.

In 2023 Judge Kristy King court Ask for a bond increase on client because breach bond from 2019. I would not have placed or Apply for Fidicary

12

bond when documents show nothing.
I'm being sued because of Trans
had family attacking me had Bench
Trial Sept 2023, Because Fraud
he done 5 years ago As 2024
Statue of limitation show the
intent to harm. Have Email
document hospital, court from
2019 thur 2024 proof of harm
Caused me and my son

Morgan's Morgan
Tyler Mastin

I'm seeking Justice in relief of 90,000
Charged for fee. Sent bogus documents
to me as well to Courts. Tyler admits
in conversation on march 23, 2023
never talking to me for which sent document
that I agreed to a settle of 100.00 (one hundred)
out of 150,000 Agreement. Disc sent by
Tyler HAS documents that been changed
different people name and social death,
court documents. Documents show that
I WAS charged for service from Dec, 2019.

Healthcare worker certified for over twenty five
years decided As well as parent of child
that robbed from his home and his best
grand mother that a child could ask Literaly
tortured to death. By holding unformation
to show that elderly grandmother was
~~deceased~~ deceased three befor and
Court documents she WAS A ward

of the State that WAS neglected And (TM2)
Scam out of money by state worker
and held As no known information
Should been the focus As my attorney.

The fact that as worker my Job
hAd reduced hours And Allowed me
to be AttAcked on the Clock At
facitly. the Same nurse WAS reported
abuse for Christian CARE a year before.

As A Client reading over the Documents
Filed A CASE Jan 5, 2021 Sending
bogus documents to Client. November
19, 2022 check for 65,000, (100)

Jan 1, 2023 close case.
APRil 2023 Client breach fidicary bond-2019
Sept 2023 Client Sued for spending 65,000
that Tyler gave. I have never meet him
talked one time he instructed heirs to sue
me for injury of their mom 2019. Neglect my
personal injury that WAS merged froudlent

④

Its been a hard five years for me and my son and we never heal. They neglected a elderly lady lady as a ward of state rape, abuse starred on documents not treated Im as for the courts please hear my case I have had all kind of Judgements against and lost life dignity and its my right to be able to tell my story its hard keep writing Im reliving okay please look at documents to show. This is so illegal actions thats required to report that show retaliation and cover up Death. I know this may be confusing and court documents show different As health care that show attorney neglect And Missing dead lines to seek justice so morgan and morgan pay fee obtain back

Loss of life, Lost wages, Lost of Granny mother the love for Job and the belief of the laws required to report and fraudent Activity back fire on me and Attorney is blame So they should pay damages for fraud And white collar crime. THAT I WAS neglected As A Healthcare worker As well. my son. ~~[struck through]~~. The lost of life grandmother neglect us to seek Justice for, By filing false Court documents

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

50,000,000 damages and penitive due to the illegal malpractice and the holding time frame but then caused theire client be sued

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff      _____
Printed Name of Plaintiff   _____

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

Telephone Number     _____

E-mail Address     _____